# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

U.S. DEPARTMENT OF DEFENSE et al.

   Plaintiffs-Appellants,

v.

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, DISTRICT 10, et al.

   Defendants-Appellees.

No. 25-50784

# CONSENT MOTION TO
# VOLUNTARILY DISMISS APPEAL

Plaintiffs-appellants hereby move to dismiss this appeal, with all parties to bear their own costs. *See* Fed. R. App. P. 42(b)(2). Counsel for defendants-appellees have authorized us to state that defendants-appellees consent to this motion.

                                        Respectfully submitted,

                                        MELISSA N. PATTERSON

                                        *s/ Benjamin T. Takemoto*
                                        BENJAMIN T. TAKEMOTO
                                          (202) 616-5364
                                        Attorneys
                                        Civil Division, Appellate Staff
                                        U.S. Department of Justice
                                        950 Pennsylvania Ave., NW, Rm. 7258
                                        Washington, DC 20530

November 2025

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 35 words, according to the count of Microsoft Word.

*s/ Benjamin T. Takemoto*
BENJAMIN T. TAKEMOTO

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2025, I filed and served the foregoing with the Clerk of the Court by causing a copy to be electronically filed via the appellate CM/ECF system. I also hereby certify that the participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

                                              *s/ Benjamin T. Takemoto*
                                              BENJAMIN T. TAKEMOTO